# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**CHRISTOPHER JASON ROBINSON,**

       **Plaintiff,**

**v.**                            **Case No. 1:17cv213-MW/CAS**

**NANCY A. BERRYHILL,**
**Deputy Commissioner of Operations,**
**Social Security Administration,**

       **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation and request for oral argument. ECF No. 21. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's request to supplement the record, reverse the Commissioner's decision and remand for a supplemental hearing is **DENIED**. The decision of the Commissioner that Plaintiff's disability ended on November 1, 2014, and that

1

Plaintiff has not become disabled since that date is **AFFIRMED and Judgment is entered for the Defendant**.  Pursuant to Federal Rule of Civil Procedure 25(d), the Clerk is directed to substitute Nancy A. Berryhill as Deputy Commissioner of Operations as the Defendant."  The request for oral argument is **DENIED**.  The Clerk shall close the file.

 **SO ORDERED on June 29, 2018.**

     **s/Mark E. Walker** _____
     **United States District Judge**